[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 23-12301

Non-Argument Calendar

_____

FERRELL W. WALKER, JR.,

Plaintiff-Appellant,

*versus*

EQUIFAX INFORMATION SOLUTIONS, LLC,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-cv-01045-ELR-JKL

_____

2                    Opinion of the Court                    23-12301

Before ROSENBAUM, BRASHER, and ABUDU, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Appellant seeks review of the magistrate judge's July 6, 2023 order granting Appellee's motion to compel his deposition. However, we lack jurisdiction to directly review a magistrate judge's order, as an appeal from such an order must be taken to the district court. *See* 28 U.S.C. § 1291; *Donovan v. Sarasota Concrete Co.*, 693 F.2d 1061, 1066-67 (11th Cir. 1982); *United States v. Schultz*, 565 F.3d 1353, 1359 (11th Cir. 2009). Even if the district court ultimately affirms the order, the subsequent affirmance would not cure the premature notice of appeal. *See Perez-Priego v. Alachua Cnty. Clerk of Ct.*, 148 F.3d 1272, 1273 (11th Cir. 1998) (holding that a magistrate judge's report and recommendation was not final and appealable where the district court had not adopted it before the notice of appeal was filed).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.